

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-17-00296-CR

Juan Guzman **ZUNIGA**, **JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR5239
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On May 8, 2017, appellant filed a notice of appeal with the trial court clerk in trial court cause No. 2006CR5239. This court assigned appeal number 04-17-00296-CR to the May 8, 2017 notice of appeal. On May 25, 2017, appellant filed a second notice of appeal with the trial court clerk in trial court cause No.2006CR5239. This court inadvertently assigned a second appeal number, 04-17-00370-CR, to the May 25, 2017 notice of appeal.

It is therefore ORDERED that the clerk of this court administratively close appeal number 04-17-00296-CR. Appeal number 04-17-00370-CR will be retained on the docket as the appeal from trial court cause number 2006CR5239.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.



Luz Estrada
Chief Deputy Clerk